**Order entered March 17, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01273-CV

## EVANGELINA AMARO, Appellant

## V.

## ROBERTO AMARO, SR., Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11611**

## ORDER

On February 26, 2020, after appellant filed a copy of her request for the reporter's record, we ordered Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file the reporter's record no later than March 27, 2020. By letter filed March 11, 2020, Ms. Duffey informs the Court appellant has not submitted "a written request for a reporter's record with a specified date of said request."

To the extent Ms. Duffey asserts appellant has not designated the portions of the proceedings to be included in the record, appellant does not limit her request to a particular portion of the record.  Accordingly, we **ORDER** Ms. Duffey to file the record of the trial court proceedings no later than April 1, 2020.

/s/　　KEN MOLBERG
　　　　JUSTICE